IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1644-EWN-BNB**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO, et al,

        Defendants.

---

### NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY

---

THE UNITED STATES OF AMERICA, by and through William J. Leone, United States Attorney for the District of Colorado, and Assistant United States Attorney James S. Russell, states:

THAT the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. §881 for the forfeiture of the defendant real property.

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims and the Federal Rules of Civil Procedure. Any person claiming or asserting an interest in or right against the above-described real property only must file his Verified Statement of Interest or Right, pursuant to Supplemental Rule C(6) and 18 U.S.C. §983, with the Clerk of the United States District Court, at Denver, Colorado, within thirty (30) days after final publication of this Notice, or within twenty (30) days of actual notice of this action, whichever occurs first, or within such additional time as the Court may allow. Your Answers to

the Complaint must be filed within twenty (20) days after the filing of your Verified Statement of Interest or Right. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Verified Statements of Interest or Right and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant properties following completion of notice by publication.

THAT additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, 18 U.S.C. §985, and at 28 C.F.R. § 9.

Dated this 24th day of August, 2005.

          Respectfully submitted

          WILLIAM J. LEONE
          United States Attorney

          By:  s/ James S. Russell
          James S. Russell
          Assistant United States Attorney
          1225 Seventeenth Street, Ste. 700
          Denver, Colorado 80202
          Telephone (303) 454-0100
          FAX: (303) 454-0402
          E-mail: James.Russell2@usdoj.gov
          Attorney for Plaintiff