INDEX AS <u>DANIEL CHOMYN</u> GRANTOR AND THE UNITED STATES OF AMERICA GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1644-EWN-BNB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO, et al.,

    Defendants.

---

### NOTICE OF LIS PENDENS

---

<u>NAME OF PURPORTED RECORD TITLE OWNER</u>: Daniel Chomyn.

PLEASE TAKE NOTICE that the United States of America, as plaintiff, filed a Verified Complaint for Forfeiture against the below-described real property, in which the United States seeks a judgment and final order of forfeiture pursuant to 21 U.S.C. §881, forfeiting to the United States all right, title, and interest in and to the below-described real property:

> Lot 14, Block 1, Arapahoe Ridge Filing No. 3, City of Boulder, County of Boulder, State of Colorado, also known as 4685 Harrison Avenue, Boulder, Colorado

Dated this 24th day of August, 2005.

    Respectfully submitted

    WILLIAM J. LEONE
    United States Attorney

    By: <u>s/ James S. Russell</u>
    James S. Russell, Assistant US Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone (303) 454-0100
    FAX: (303) 454-0402
    E-mail: <u>James.Russell2@usdoj.gov</u>
    Attorney for Plaintiff