REC'D AUG 24 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1644-EWN-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

US BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT;

        Defendants.

---

### WARRANT AND SUMMONS FOR ARREST OF PERSONAL PROPERTY IN REM (REDACTED)

---

TO: INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION OR ITS REPRESENTATIVES- GREETINGS:

    PURSUANT to the Order for Warrant and Summons of Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE all the defendant personal property only described in the Verified Complaint for Forfeiture *In rem* filed herewith and to make your return as provided by law;

    TO PROMPTLY make your return of this Summons and Warrant with the Court; and

    TO GIVE DUE NOTICE BY PUBLICATION, by the Internal Revenue Service-Criminal Investigation Division, once a week for four weeks in a newspaper of general circulation in

Denver, Colorado, and in all cities in which assets are seized, to all persons claiming or asserting an interest in or right against any of the defendant property that they must file their Verified Statement of Interest or Right with the Clerk of this Court pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty days (30) after the earlier of (1) receiving actual notice of execution of process, or (2) last publication of notice, or within such additional time as the Court may allow, and shall serve and file their Answer to the Verified Complaint within twenty (20) days after the filing of the Verified Statement of Interest with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado 80202.

DONE at Denver, Colorado, this 24 day of August, 2005.

GREGORY C. LANGHAM
Clerk of the United States District Court

By: _____
Deputy Clerk