IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - CV - 1644-EWN-BNB

UNITED STATES OF AMERICA,

         Plaintiff,

v.

CERTAIN DEFENDANT PROPERTIES,

         Defendant.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 AUG 24  PM 3: 18

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

---

**MOTION TO SEAL VERIFIED COMPLAINT FOR FORFEITURE IN REM,
WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM, ORDER FOR
WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM, APPLICATION
FOR WRIT OF ENTRY, WRIT OF ENTRY, LIS PENDENS, NOTICE OF COMPLAINT
AND ALL OTHER RELATED DOCUMENTS**

---

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant

United States Attorney, hereby moves to seal the above listed pleadings, and all other related

documents except as to employees, contract employees, and agents of the United States

Attorney's Office for the District of Colorado, Internal Revenue Service, and Federal Bureau of

Investigation for the reason that disclosure of those documents at this time would compromise an

ongoing criminal investigation for which search warrants are being sought.

The documents stated above will remained sealed until further order of Court.

Dated this 24th day of August, 2005.

                    Respectfully submitted

                    WILLIAM J. LEONE
                    United States Attorney

                    By:  s/ James S. Russell
                    James S. Russell
                    Assistant United States Attorney

1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff