IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1644-EWN-~~BNB~~ MJW

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CERTAIN DEFENDANT PROPERTIES,

   Defendant.

---

**ORDER TO SEAL VERIFIED COMPLAINT FOR FORFEITURE IN REM, WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM, ORDER FOR WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, LIS PENDENS, NOTICE OF COMPLAINT, AND ALL OTHER RELATED DOCUMENTS**

---

Upon Motion of the United States, it is hereby ORDERED that:

The Verified Complaint for Forfeiture In Rem, Warrant and Summons of Arrest of Property In Rem, Order for Warrant and Summons of Arrest of Property In Rem, Application for Writ of Entry, Writ of Entry, Lis Pendens, Notice of Complaint, and all other related documents in the above-captioned case are SEALED, except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Colorado, Internal Revenue Service, and Federal Bureau of Investigation until further order of the Court.

DATED this 24th day of August, 2005.

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE