IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01644–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;
US BANK ACCOUNT;
CONTENTS OF SAFE DEPOSIT BOX;
JANUS ACCOUNTS; and
T.D. WATERHOUSE ACCOUNT,

      Defendants.

**MINUTE ORDER**
**(Filed Under Seal)**

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

A status report is due on or before October 31, 2005.

Dated: August 31, 2005