IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CERTAIN DEFENDANT PROPERTIES,

    Defendants.

_____

**MOTION TO UNSEAL**
_____

    THE United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the VERIFIED COMPLAINT FOR FORFEITURE IN REM - REDACTED, WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM - REDACTED, ORDER FOR WARRANT AND ARREST OF PROPERTY IN REM, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, LIS PENDENS, NOTICE OF COMPLAINT, and all related documents in the above-captioned case.

    As grounds therefor, the United States states that the documents were sealed until further Order of Court. The warrants have been executed and it is no longer necessary for these documents to remain sealed.

    WHEREFORE, the United States respectfully requests that the documents listed above be unsealed.

Dated this 13th day of September, 2005.

Respectfully submitted

WILLIAM J. LEONE
United States Attorney

By:   s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff

2