IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CERTAIN DEFENDANT PROPERTIES,

    Defendants.

_____

**ORDER UNSEALING**
_____

    Upon motion of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the VERIFIED COMPLAINT FOR FORFEITURE IN REM - REDACTED, WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM - REDACTED, ORDER FOR WARRANT AND ARREST OF PROPERTY IN REM, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, LIS PENDENS, NOTICE OF COMPLAINT and all related documents are unsealed.

    DATED this _____ day of _____, 2005.

                                              _____
                                              EDWARD W. NOTTINGHAM
                                              United States District Court Judge