IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CERTAIN DEFENDANT PROPERTIES,

    Defendants.

___

**ORDER UNSEALING**
___

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the VERIFIED COMPLAINT FOR FORFEITURE IN REM - REDACTED,  WARRANT AND SUMMONS OF ARREST OF PROPERTY IN REM - REDACTED, ORDER FOR WARRANT AND ARREST OF PROPERTY IN REM, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, LIS PENDENS, NOTICE OF COMPLAINT and all related documents are unsealed.

DATED this  13th  day of September, 2005.

                                s/Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Court Judge