

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 05-cv-1644-EWN-MJW |
|---|---|
| DEFENDANT 4685 Harrison Avenue, et al. | TYPE OF PROCESS Execute Warrant |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Janus Account |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)*:

Execute Warrant and report results below

| Signature of Attorney or other Originator requesting service on behalf of: *[signed]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-454-0100 | DATE<br>09/15/2005 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. CO | District to Serve No. CO | Signature of Authorized Treasury Agency Officer X *[signed]* Special Agent | Date 9-19-2005 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address: (complete only if different than shown above)<br>Janus was served with warrant. Account transferred to money market account for IRS. | Date of Service<br>8-25-2005 | Time<br>0900 ☐am ☐pm |
|---|---|---|
| | Signature/Title and Treasury Agency *[signed]* Special Agent-IRS | |

**REMARKS:** At time of execution of warrant value of accounts was $261,682.86 and $933.24.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT     ☐ FOR CASE FILE     ☐ LEAVE AT PLACE OF SERVICE     ☐ FILE COPY