IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1644 EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

U.S. BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT;

        Defendants.

---

**ENTRY OF APPEARANCE**

---

        COMES NOW, Lawrence S. Mertes, P.C. and enters an appearance on behalf of Intervening Defendant and Party in Interest, Daniel Chomyn.

        **RESPECTFULLY SUBMITTED,**
        LAWRENCE S. MERTES, P.C.


        /s/ Lawrence S. Mertes
        Lawrence S. Mertes, Esq.
        Trevor J. Willard, Esq.
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2005, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following e-mail address:

- **James S. Russell**
  James.Russell2@usdoj.gov

                                              /s/ Lawrence S. Mertes