IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1644 EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

U.S. BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT;

        Defendants.

---

**INTERVENING DEFENDANT DANIEL CHOMYN'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE <u>IN REM</u> (REDACTED)**

---

        COMES NOW, DANIEL CHOMYN, an Interveneing Defendant and Party in Interest, by and through his attorneys, Lawrence S. Mertes, P.C. and hereby Answers the United States of America's Verified Complaint for Forfeiture In Rem (Redacted) as follows:

1.    Defendant Chomyn is without sufficient knowledge or information with which to admit or deny the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15 and therefore denies same.

2.    Defendant Chomyn denies the allegations contained in paragraphs 12, 13, 16, 17, 18, 19,

20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42.

3.      Defendant Chomyn denies each and every allegation contained in the Plaintiff's Verified Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

4.      Plaintiff's Verified Complaint fails to state a claim upon which relief may be granted.

5.      Plaintiff's Complaint fails to name the proper party.

6.      Plaintiff's claims are barred by the doctrines of estoppel, waiver, and laches.

7.      Plaintiff's claims are barred by the applicable statute of limitations.

8.      Plaintiff's claims are barred by the unlawful search and seizure of evidence in violation of the Constitution of the United States via application of the exclusionary rule.

9.      Defendant Chomyn may be entitled to assert an innocent owner defense in opposition to the seizure.

**WHEREFORE** having fully answered Plaintiff's Verified Complaint and all claims for relief set forth therein, Defendant Chomyn prays for judgment against Plaintiff. Further, Defendant Chomyn prays for such costs and expenses as the Court deems proper and are awardable pursuant to law.

**RESPECTFULLY SUBMITTED,**
LAWRENCE S. MERTES, P.C.

/s/ Lawrence S. Mertes
Lawrence S. Mertes, Esq.
Trevor J. Willard, Esq.
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2005, I electronically filed the foregoing . **INTERVENING DEFENDANT DANIEL CHOMYN'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM (REDACTED)** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following e-mail address:

- **James S. Russell**
  James.Russell2@usdoj.gov

/s/ Lawrence S. Mertes