IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1644 EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

U.S. BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT;

        Defendants.

_____

### CLAIM

_____

COMES NOW, Claimant Daniel Chomyn, pursuant to 18 U.S.C. 983 and § C-6 of the Supplement to the Civil Rules, and files notice herewith of his claim to the ownership of the real and personal property which is the subject matter of this action, to wit:

1. The real property and premises known as 4685 Harrison Avenue, Boulder, Colorado, also known as Lot 14, Block 1, Arapahoe Ridge Filing No. 3 in Boulder County, Colorado. Basis of this claim is that I am the titled owner of this property and obligated on a mortgage for same. Property records on file with the County of Boulder, State of Colorado, likewise confirm my ownership status of this property.

2. U.S. Bank account and safety deposit box, located at 1600 28th Street, Boulder, Colorado, with an account number ending in 7616 and 867-2. Basis for this claim is that I am the listed owner of this account and box with U.S. Bank and that the monies or other things of value in the account and box are my personal property.

3. T.D. Waterhouse account, located at 724 17th Street, Denver, Colorado with an account number ending with 8419. Basis for this claim is that I am the listed owner of this account

with Waterhouse and that monies in this account are my personal property.

4. Janus account, located at 151 Detroit Street, Denver, Colorado, with an account numbers ending with 4197 and 9154. Basis for this claim is that I am the listed owner of these accounts with Janus and that the monies in these accounts are my personal property.

**RESPECTFULLY SUBMITTED,**

*/s/ Lawrence S. Mertes*
_____
Lawrence S. Mertes
Attorney for Daniel Chomyn

*Verification*

By my signature below I do verify that the above statement of claim is true and accurate to the best of my information and belief.

*/s/ Daniel Chomyn*
_____
Daniel Chomyn

*Notary Public*

By my signature below I do affirm that the above signature of Daniel Chomyn was subscribed in my presence, under oath, on this 14th day of October, 2005.

*/s/ Brooke Knight*
_____
Notary Public
2235 Broadway, Boulder, CO 80302
303-440-0123

My commission expires: __3-26-08__

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2005, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following e-mail address:

**James S. Russell**
James.Russell2@usdoj.gov

/s/ Lawrence S. Mertes