IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO et al.,

    Defendants.

---

### STATUS REPORT - OCTOBER 31, 2005
---

    COMES NOW the United States of America, and with the concurrence of claimant's counsel, and in compliance with this Court's August 31, 2005 Minute Order, submits the following Status Report.

    1. In this civil forfeiture case, the Warrants of Arrest have been served on defendant accounts, as reflected in the Department of Treasury Process Receipt and Returns previously filed with this Court. In addition, defendant real property has been posted and a notice has been served to the property owner, as required by 18 U.S.C. § 985(c). Further, as required by this Court's Warrant and Supplemental Rule for Certain Admiralty and Maritime Claims C(4), publication as been effected, the last publication date being October 18, 2005.

    2. On October 13 and 14, 2005, Daniel Chomyn, through Lawrence S. Mertes, Esq., filed his Claim and Answer.

    3. To date, no other individual or entity has filed a Claim or Answer contesting this matter. However, pursuant to 18 U.S.C. § 983(a)(4) and Supplemental Rule C(6), anyone wishing to contest the matter has until thirty (30) days after the final date of publication within

which to file Verified Statement of Interest or Claim, and twenty (20) days thereafter to file an Answer.  Accordingly, further Claims and Answers may be timely file through approximately December 9, 2005.

4.   The related criminal drug investigation, outlined in paragraphs 4 through 21 of the Verified Complaint, is ongoing.

5.   As the time within which other individuals or entities may file Claims and Answers will not run until mid-December 2005, and as the related criminal investigation is ongoing, it is suggested that a further Status Report be ordered for January 31, 2006.

6.   In preparing this Status Report, the undersigned Assistant United States Attorney has consulted with Lawrence S. Mertes, Esq., counsel to claimant Daniel Chomyn.  Mr. Mertes concurs in this Status Report and the suggestion that the matter be set over to January 31, 2006, and further concurs that the United States may file this Status Report on behalf of both parties.

Dated this 31th day of October, 2005.

Respectfully submitted

WILLIAM J. LEONE
United States Attorney

By:   s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff

2

3

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of October, 2005, I electronically filed the foregoing **STATUS REPORT - OCTOBER 31, 2005** with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Lawrence Stanley Mertes
Larry@merteslaw.com

                                           s/ James S. Russell
                                           JAMES S. RUSSELL
                                           Assistant United States Attorney
                                           1225 17th Street, Suite 700
                                           Denver, Colorado 80202
                                           Telephone: (303) 454-0100
                                           FAX: (303) 454-0402
                                           E-mail: James.Russell2@usdoj.gov