IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO et al.,

    Defendants.

_____

**ORDER**
_____

Upon review of the Status Report filed by the United States, with the concurrence of claimant Daniel Chomyn by Lawrence S. Mertes, Esq., the Court Orders that a further Status Report shall be filed on or before January 31, 2006.

Dated this _____ day of October, 2005

                              _____
                              EDWARD W. NOTTINGHAM
                              United States District Court Judge