IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01644–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;
US BANK ACCOUNT;
CONTENTS OF SAFE DEPOSIT BOX;
JANUS ACCOUNTS; and
T.D. WATERHOUSE ACCOUNT,

      Defendants.

**MINUTE ORDER**

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

Upon consideration of the status report (#26) it is ORDERED that the parties will submit a further status report no later than January 31, 2006.

Dated: November 2, 2005