

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 05-cv-1644-EWN-MJW |
| DEFENDANT 4685 Harrison Avenue, Boulder, CO, et al. | TYPE OF PROCESS Serve Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

DANIEL CHOMYN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2235 Broadway   Boulder, CO   80302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF PARTIES TO BE SERVED IN THIS CASE

CHECK BOX IF SERVICE IS ON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Serve Notice of Complaint and Complaint on owner of Defendant 4685 Harrison Avenue, Boulder, Colorado

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER 303-454-0100   DATE 8/24/2005

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

District of Origin No. CO   District to Serve No. CO

Signature of Authorized Treasury Agency Officer   Date 09.19.05

I hereby certify and return that I ☒ personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service 9/23/05   Time 11:20 am

Signature, Title and Treasury Agency

Kenneth R. Valdez, Special Agent

REMARKS:
Daniel Chomyn was served in person at 2235 Broadway, Boulder, Colorado on September 23, 2005 at 11:20 AM by Special Agent Kenneth R. Valdez.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY