IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO et al.,

       Defendants.

_____

**UNITED STATES' STATUS REPORT - JANUARY 31, 2006**
_____

       COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, with the concurrence of Lawrence S. Mertes, Esq., counsel to sole claimant Daniel Chomyn, and in compliance with this Court's November 2, 2005 Minute Order, submits the following Status Report.

       1.  Since the United States' October 31, 2005 Status Report, no individual or entity other than Daniel Chomyn, through Lawrence S. Mertes, Esq., has filed any Claim, Answer, or any other documentation in this matter.  Further, the time so to file Claims and Answers has expired.  Accordingly, the only parties are the United States and Daniel Chomyn.

       2.  As set forth in paragraphs 4 through 22 of the Verified Complaint, this civil forfeiture action is part of a larger criminal investigation into a multi-state drug investigation.  That underlying criminal investigation is ongoing and is expected to last at least several more months.

       3.  The undersigned Assistant United States Attorney and Chomyn's counsel Mr. Mertes have discussed possible resolution and settlement of this civil forfeiture matter, but, due to the underlying criminal investigation, have not reached any agreement at this time.

4. The United States, with Mr. Mertes' approval, suggests a further Status Report, on or before March 31, 2006.

5. Mr. Mertes concurs in the contents of this Status Report and further concurs that the United States may file it on behalf of both parties.

Dated this 31th day of January, 2006.

    Respectfully submitted

    WILLIAM J. LEONE
    United States Attorney

    By:  s/ James S. Russell
    James S. Russell
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of January, 2006 I electronically filed the foregoing **UNITED STATES' STATUS REPORT - JANUARY 31, 2006** with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Lawrence Stanley Mertes
Larry@merteslaw.com

           s/ James S. Russell
           JAMES S. RUSSELL
           Assistant United States Attorney
           1225 17th Street, Suite 700
           Denver, Colorado 80202
           Telephone: (303) 454-0100
           FAX: (303) 454-0402
           E-mail: James.Russell2@usdoj.gov