IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO et al.,

        Defendants.

_____

### UNITED STATES' STATUS REPORT - MARCH 24, 2006
_____

        COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and in compliance with this Court's Minute Order of February 6, 2006, submits the following Status Report.

        1.    As previously reported, this civil forfeiture matter is related to a larger, multi-state drug investigation, in Colorado and New Mexico. Criminal Assistant United States Attorneys in Colorado and New Mexico have informed the undersigned Forfeiture Assistant United States that the investigation involves numerous defendants and witnesses. To date, twenty (20) individuals have been indicted in New Mexico and the matter is set for trial in October, 2006.

        3.    The sole claimant in this forfeiture matter is Daniel Chomyn, who is represented by Lawrence Mertes, Esq. The undersigned Assistant United States Attorney and Mr. Mertes have discussed this Status Report. Mr. Mertes concurs in the contents hereof, and further concurs the United States may file it on behalf of both parties.

        Dated this 24th day of March, 2006.

Respectfully submitted

WILLIAM J. LEONE
United States Attorney

By:   s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 24th day of March, 2006 I electronically filed the foregoing

**UNITED STATES' STATUS REPORT - MARCH 24, 2006** with the Clerk of Court using the

ECF system which will send notification of such filing to the following e-mail address:

Lawrence Stanley Mertes
Larry@merteslaw.com

s/ James S. Russell
JAMES S. RUSSELL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov

2