IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01644–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;
US BANK ACCOUNT;
CONTENTS OF SAFE DEPOSIT BOX;
JANUS ACCOUNTS; and
T.D. WATERHOUSE ACCOUNT,

    Defendants.

---

### **MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Upon consideration of the status report (#34) filed March 24, 2006, it is ORDERED that the parties file a further status report no later than August 31, 2006.

Dated: April 7, 2006