IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1644-EWN-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO et al.,

       Defendants.

_____

**UNITED STATES' STATUS REPORT - AUGUST 31, 2006**
_____

    COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and in compliance with this Court's Minute Order of April 7, 2006, submits the following Status Report.

    1. The sole Claimant in this civil forfeiture matter is Daniel Chomyn, who is represented by Lawrence Mertes, Esq.

    2. As previously reported, this civil forfeiture matter is related to criminal investigations in Colorado and New Mexico, which investigations have resulted in the New Mexico indictment of twenty people, including Chomyn. The criminal matter in Colorado is being handled by Assistant United States Jaime Pena.

    3. Mr. Pena has informed the undersigned Assistant United States Attorney that Chomyn has agreed, as part of his criminal plea in New Mexico, to confess the civil forfeiture case here. Chomyn's entry of his plea was scheduled for today's date, August 31, 2006, but has been reset to September 8, 2006. By terms of his plea agreement in the related New Mexico criminal case, subsequent to the entry of his plea, Chomyn will tender the United States $75,000.00 in cash in

lieu of forfeiture of one of the defendants in this forfeiture case, and that tendered cash will be forfeited along with the other defendant assets. Mr. Mertes has indicated that, upon entry of the guilty plea, Chomyn will seek to refinance his home, and the $75,000.00 will be tendered when that refinanced loan is completed. A Settlement Agreement encapsulating these provisions has been tendered to Mr. Mertes.

4. As soon as Chomyn has pleaded guilty, and tendered the $75,000.00 along with the signed Settlement Agreement, the United States will promptly move for Final Order of Forfeiture.

Dated this 31st day of August, 2006.

Respectfully submitted

TROY A. EID
United States Attorney

By:   s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone (303) 454-0100
FAX: (303) 454-0402
E-mail: James.Russell2@usdoj.gov
Attorney for Plaintiff

2

3

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of August, 2006 I electronically filed the foregoing **UNITED STATES' STATUS REPORT - AUGUST 31, 2006** with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Lawrence Stanley Mertes
Larry@merteslaw.com

                                              s/ James S. Russell
                                              JAMES S. RUSSELL
                                              Assistant United States Attorney
                                              1225 17th Street, Suite 700
                                              Denver, Colorado 80202
                                              Telephone: (303) 454-0100
                                              FAX: (303) 454-0402
                                              E-mail: James.Russell2@usdoj.gov