IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01644-EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

US BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT,

        Defendants.

_____

SETTLEMENT AGREEMENT
_____

        COMES NOW the United States of America by and through United States Attorney William J. Leone and Assistant United States Attorney James S. Russell, and Claimant Daniel Chomyn, by and through his attorney Lawrence S. Mertes and enter into the following Settlement Agreement.

        1. Claimant will promptly refinance defendant 4685 Harrison Avenue, Boulder, Colorado, and at the closing thereof, $75,000.00 will be transferred to the United States. Simultaneously therewith, the United States will release its Lis Pendens recorded herein against the property.

        2. Claimant agrees to forfeit all right, title, and interest to $75,000.00 payable by certified

check in lieu of forfeiture of defendant 4685 Harrison Avenue, to the United States.

3. Claimant further agrees to forfeit to the United States, all right, title, and interest to the following defendant property:

    a. All amounts seized ($2,756.96) from defendant US Bank account;

    b. All amounts seized and/or frozen in defendant Janus accounts; and

    c. All amounts seized and/or frozen in defendant T.D. Waterhouse account.

4. The United States has returned to Claimant Chomyn defendant Contents of Safe Deposit Box, and releases any and all interest the United States may have to those contents.

5. Any attorneys fees incurred by Claimant will be his sole responsibility and obligation.

6. Each of the parties forever and irrevocably releases the other party from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory with respect to the defendant properties in this forfeiture action, except for the obligations set forth in this Settlement Agreement, and except for any civil tax liability which Claimant understands must be handled between the Claimant and the Internal Revenue Service directly.

7. Should any other claims or answers be filed necessitating further administrative or judicial action regarding the defendant property Claimant agrees to cooperate fully with the United States in the preparation for, handling of, and hearings or trials on such claim or answer, as determined necessary by the United States.

8. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, attorneys of each of the parties to this Settlement Agreement.

9. Pursuant to 28 U.S.C. §2465 the parties agree and stipulate that there was

reasonable cause for the seizure of all of the defendant property.

    10.  The parties further agree and stipulate that the Court retain jurisdiction over this case to enforce the terms of this agreement.

Dated: September 12, 2006        WILLIAM J. LEONE
                                                    United States Attorney

                                                    By: s/ James S. Russell
                                                    James S. Russell
                                                    Assistant United States Attorney
                                                    1225 Seventeenth Street, Ste. 700
                                                    Denver, Colorado 80202
                                                    Telephone (303) 454-0100
                                                    FAX: (303) 454-0402
                                                    E-mail: James.Russell2@usdoj.gov
                                                    Attorney for Plaintiff

Dated: September 5, 2006         LAWRENCE S. MERTES, P.C.

                                                    By:s/ Lawrence S. Mertes
                                                    Lawrence S. Mertes