IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01644-EWN-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;

US BANK ACCOUNT;

CONTENTS OF SAFE DEPOSIT BOX;

JANUS ACCOUNTS; and

T.D. WATERHOUSE ACCOUNT,

       Defendants.

_____

## MOTION FOR FINAL ORDER OF FORFEITURE

       COMES NOW the United States of America, by and through United States Attorney Troy A. Eid and Assistant United States Attorney James S. Russell and moves this Court to enter a Final Order of Forfeiture in this case. In support, the Plaintiff states:

       1.    A Verified Complaint for Forfeiture was filed on August 24, 2005, pursuant to 21 U.S.C. § 881 and 18 U.S.C. §981. Copies of the Verified Complaint, Notice of Complaint, and Writ of Entry were personally served upon Daniel Chomyn as evidenced by the Returns of Service filed with the Court (Documents #30 and 31). Copies of the Notice of Complaint were posted on the real property as evidenced by the Return of Service filed with the Court (Document #29).

2. The Internal Revenue Service published notice of this action as instructed by the Court for four consecutive weeks via The Daily Journal on September 27, October 4, 11, and 28, 2005 as evidenced by the Return of Service filed with the Court (Document #28).

3. Claimant Daniel Chomyn filed his Claims and Answer (Documents #21, 24 and 25).

4. No other parties have filed any pleadings in this case.

5. The United States and sole claimant Daniel Chomyn entered into a Settlement Agreement, the terms of which are incorporated herein by reference, and is being filed contemporaneously herewith.

6. The Settlement Agreement provides, inter alia, that Claimant Daniel Chomyn agreed to pay to the United States $75,000.00 in readily available funds in lieu of the United States' forfeiting the defendant real property located at 4685 Harrison Avenue, Boulder, Colorado. Claimant Chomyn agreed to forfeit all right, title, and interest to the $75,000.00 paid to the United States. The United States has received the $75,000.00 pursuant to the terms of the agreement.

7. Claimant Daniel Chomyn also agreed to forfeit to the United States all right, title, and interest to the following remaining defendant property:

   a. All amounts seized ($2,756.96) from defendant US Bank account;

   b. All amounts seized and/or frozen in defendant Janus accounts; and

   c. All amounts seized and/or frozen in defendant T.D. Waterhouse account.

8. The United States has returned to Claimant Chomyn defendant Contents of Safe Deposit Box, and releases any and all interest the United States may have to those contents.

9. Any attorney's fees incurred by Claimant Chomyn will be his sole responsibility and obligation

10. D.C. COLO.LR 7.1 requires opposing counsel be contacted prior to filing a motion in a disputed matter only. As evidenced by the Settlement Agreement, the matter is not in dispute and all issues have been resolved between the parties.

11. The facts and verification as set forth in the Complaint provide probable cause and an ample basis for an order of forfeiture.

WHEREFORE, the United States moves this Court to enter a Final Order of Forfeiture in this case forfeiting the following

    a. $75,000 paid to the United States in lieu of forfeiture of the defendant 4685 Harrison Avenue;

    b. All amounts seized ($2,756.96) from defendant US Bank account;

    c. All amounts seized and/or frozen in defendant Janus accounts; and

    d. All amounts seized and/or frozen in defendant T.D. Waterhouse account

in accordance with the terms and provisions of the Settlement Agreement between the parties and for a Certificate of Reasonable Cause ast to all defendant properties pursuant to 28 U.S.C. § 2465.

Dated this 2nd day of October, 2006.

    Respectfully submitted

    WILLIAM J. LEONE
    United States Attorney

    By: s/ James S. Russell
    James S. Russell
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 2nd day of October, 2006, I electronically filed the foregoing MOTION FOR FINAL ORDER OF FORFEITURE with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Lawrence Stanley Mertes
Larry@merteslaw.com

                                          s/ Nicole Davidson
                                          Office of the U.S. Attorney