INDEX AS <u>DANIEL CHOMYN</u> GRANTOR AND THE UNITED STATES OF AMERICA GRANTEE

IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO, et al.,

    Defendants.

---

RELEASE OF LIS PENDENS

---

  PLEASE TAKE NOTICE that the United States of America, as plaintiff, is releasing its Lis Pendens recorded on August 25, 2005 with the Clerk and Recorder of Boulder County at Reception No. 2716351 against the below-described real property:

> Lot 14, Block 1, Arapahoe Ridge Filing No. 3, City of Boulder, County of Boulder, State of Colorado, also known as 4685 Harrison Avenue, Boulder, Colorado.

Dated this 2nd day of October, 2006.

        Respectfully submitted

        TROY A. EID
        United States Attorney

        By: <u>s/ James S. Russell</u>
        James S. Russell, Assistant US Attorney
        1225 Seventeenth Street, Ste. 700
        Denver, Colorado 80202
        Telephone (303) 454-0100
        FAX: (303) 454-0402
        E-mail: <u>James.Russell2@usdoj.gov</u>
        Attorney for Plaintiff