IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01644-EWN-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4685 HARRISON AVENUE, BOULDER, COLORADO;
US BANK ACCOUNT;
CONTENTS OF SAFE DEPOSIT BOX;
JANUS ACCOUNTS; and
T.D. WATERHOUSE ACCOUNT,

        Defendants.
_____

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881 and 18 U.S.C. §981,

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

THAT the United States and sole Claimant Daniel Chomyn have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant property; and

THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following defendant property:

   a. $75,000 paid to the United States in lieu of forfeiture of the defendant 4685 Harrison Avenue;

   b. All amounts seized ($2,756.96) from defendant US Bank account;

   c. All amounts seized and/or frozen in defendant Janus accounts; and

   d. All amounts seized and/or frozen in defendant T.D. Waterhouse account

shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the United States has returned to Claimant all contents of defendant Safe Deposit Box and releases any claims it may have to those contents.

THAT a Certificate of Reasonable Cause as to all defendant property, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

Dated this 2nd day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge