

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 05-cv-01644-EWN-MJW |
|---|---|
| DEFENDANT 4685 Harrison Avenue, Boulder, Colorado, et al | TYPE OF PROCESS  Execute Final Order |

| **SERVE**<br><br>**AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br><br>All amounts seized and/or frozen in Janus accounts |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office<br>ATTN:  Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado  80202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Execute the attached Final Order of Forfeiture, liquidate the accounts, and report amount received below.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br><br>303-454-0100 | DATE<br><br>10/20/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br><br>No. | District to Serve<br><br>No. | Signature of Authorized Treasury Agency Officer | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described

on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ *I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.*

| Name and title of individual served if not shown above:<br>Charles Fleming, legal manager | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address: (complete only if different than shown above)<br>Janus Funds<br>151 Detroit St.<br>Denver CO 80206 | Date of Service<br>10/26/06 | Time<br>9:20 ☒ am ☐ pm |
| | Signature, Title and Treasury Agency<br>Kenneth R. Valley  Special Agt |

REMARKS:  Checks 33956 & 33957 from Charles Fleming, legal manager

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY