

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 05-cv-01644-EWN-MJW |
| DEFENDANT 4685 Harrison Avenue, Boulder, Colorado, et al | TYPE OF PROCESS Execute Final Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

All amounts seized and/or frozen in TD Waterhouse account

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Execute the attached Final Order of Forfeiture, liquidate the accounts, and report amount received below.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 303-454-0100 | DATE 10/20/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Treasury Agency Officer | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service 10/30/06    Time 9:25 am

Signature, Title and Treasury Agency
AH- AFC

REMARKS: 4465 Deposited to Forfeiture Fund 9/22/05

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY