

# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 05-cv-01644-EWN-MJW |
|---|---|
| DEFENDANT 4685 Harrison Avenue, Boulder, Colorado, et al | TYPE OF PROCESS Execute Final Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | $75,000 received in Lieu of Forfeiture of 4685 Harrison |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| United States Attorney's Office<br>ATTN:  Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado  80202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Execute the attached Final Order of Forfeiture and report below.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-454-0100 | DATE<br>10/20/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | Signature of Authorized Treasury Agency Officer | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described

on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address: (complete only if different than shown above) | Date of Service<br>10/30/06 | Time 9:25 ☒am ☐pm |
| | Signature, Title and Treasury Agency<br>AH - AFC |

REMARKS:

$75,000 received in lieu of forfeiture of real property and deposited into forfeiture fund.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY